No. 98–5530.  IN RE LOWE;

No. 98–5681.  IN RE LOWE; and

No. 98–5919.  IN RE LOWE.  Motions of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8. Petitioner is allowed until November 23, 1998, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–5778.  CARR *v.* CARR.  App. Ct. Mass.;

No. 98–5816.  IYEGHA *v.* UNITED AIRLINES, INC.  Sup. Ct. Ala.; and

No. 98–6024.  STAFFORD ET VIR *v.* ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until November 23, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 97–9032.  IN RE BROWN;

No. 98–528.  IN RE NEAL;

No. 98–6293.  IN RE TOBIAS;

No. 98–6353.  IN RE PARKS; and

No. 98–6410.  IN RE NASIR.  Petitions for writs of habeas corpus denied.

No. 98–414.  IN RE OWEN;

No. 98–5793.  IN RE MILLER;

No. 98–5876.  IN RE SCHNELLE; and

No. 98–6201.  IN RE DeBARDELEBEN.  Petitions for writs of mandamus denied.

No. 97–1909.  MURPHY BROTHERS, INC. *v.* MICHETTI PIPE STRINGING, INC.  C. A. 11th Cir.  Certiorari granted.  ▮

No. 98–208.  KOLSTAD *v.* AMERICAN DENTAL ASSOCIATION. C. A. D. C. Cir.  Certiorari granted.  ▮

No. 98–369.  NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL. *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL.  C. A. 11th Cir.  Certiorari granted.  ▮